THE PEOPLE EX REL. ALLEN W. LA BARR v. JOSEPH B. OSBORN.

*Replevin—Evidence of value—Costs.*

Mandamus lies to compel a justice who has dismissed a writ of replevin to receive evidence of the value of the property if return is waived.

Costs were denied for want of notice as against a justice to whom mandamus was issued requiring him to receive evidence of value after he had dismissed a writ of replevin.

MANDAMUS. Motion submitted and decided Jan. 30.

*Walker & Weaver* for the relator.

PER CURIAM. Where a writ of replevin is dismissed

by a justice, and defendant waives return, he has a right to introduce evidence to prove the value of the property, and mandamus will issue to compel the justice to receive it, in case he refuses to allow it. *People v. Tripp*, 15 Mich., 518; *People ex rel. Forbes v. Judge of Washtenaw Circ. Ct.*, 23 Mich., 497.

Costs will not be granted against a party interested who has not been brought before this court by notice, in such a case.

Mandamus granted, without costs.